## MICHAEL FONTANELLA ET AL. *v.* CHRYSLER CORPORATION ET AL.
### (AC 19313)

Landau, Spear and Hennessy, Js.

Submitted on briefs September 15—officially released October 24, 2000

Per Curiam. The judgment is affirmed.

## PATRICIA ZUPPE MYERS *v.* KENNETH ROY MYERS
### (AC 20287)

Landau, Spear and Daly, Js.

Submitted on briefs September 15—officially released October 24, 2000

Per Curiam. The judgment is affirmed.

## LAWRENCE NADEAU *v.* CITY OF MERIDEN
### (AC 20325)

Landau, Spear and Daly, Js.

Submitted on briefs September 15—officially released October 24, 2000

Per Curiam. The judgment is affirmed.